NEW YORK AND RICHMOND GAS COMPANY, Respondent, v. LEWIS NIXON, as and Constituting the PUBLIC SERVICE COMMISSION, etc., and Others, Appellants.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

NORTH AVENUE BANK OF NEW ROCHELLE, Respondent, v. ARTHUR H. CUSHMAN and MABEL F. CUSHMAN, Appellants.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

DAVID J. TYSEN and Others, Appellants, v. CEDAR GROVE BEACH CORPORATION, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

HERMAN APFELBAUM, Respondent, v. ALBERT B. GROSS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

FRANKLIN H. BULLIS, JR., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, on the ground that the verdict is contrary to the evidence, upon condition that defendant within twenty days pay to plaintiff's attorney a trial fee and disbursements for witness fees upon the trial resulting in the judgment here appealed from. In default of such payment the judgment and order are unanimously affirmed, with costs. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur. Settle order on notice.

A. KEENEY CLARKE, Respondent, v. BAKER-MOISE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to set aside the service of the summons granted, with ten dollars costs. No opinion. Blackmar, P. J., Rich, Jaycox and Manning, JJ., concur; Kelly, J., dissents on authority of Tauza v. Susquehanna Coal Co. (220 N. Y. 268).

JULIA CONWAY, Respondent, v. ABRAHAM SHEBAR, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

ROBERT J. CULHANE, Appellant, v. KATE L. WILD, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

MAX EPSTEIN, Appellant, v. ABRAHAM AZLANT and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The papers show that pending the action the election which was alleged to have been illegal was declared null and void and was set aside in the summary proceeding. The action was subsequently dismissed for want of prosecution, with costs. After the election had been set aside in the summary proceeding there was no object in prosecuting the action, and the costs have been paid. This dismissal was no evidence that plaintiff was not entitled to the preliminary injunction against the officers elected at such illegal election, which is the basis of the proceeding under section 623 of the Code of Civil Procedure. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.